UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:03CR56  CDP |
| | ) | |
| ROLONZO HARRIS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Defendant Rolonzo Harris has filed a motion asking that I expunge his record. I have no authority to do this, and so I must deny the motion. Accordingly,

**IT IS HEREBY ORDERED** that defendant's motion to expunge record [#29] is denied.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 26th day of May, 2009.